IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| G. JOHN CENTO, as the Personal Representative of the ESTATE OF DeJUAN L. SHEPHERD, <br><br> Plaintiff, <br><br> vs. <br><br> MARION COUNTY SHERIFF'S DEPARTMENT, MARION COUNTY, <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 1:16-cv-00169-SEB-MPB ) ) ) ) ) ) |

**Notice of Service of Initial Disclosures**

Defendants, by counsel, pursuant to Federal Rule Civil Procedure 26(a)(1) and the Case Management Plan Order, hereby notify the Court that on the 23rd day of May, 2016, Defendants served their Initial Disclosures on the Plaintiff.

                                                        Respectfully Submitted,

                                                        */s/ Daniel P. Bowman*
                                                        Daniel P. Bowman (31691-49)
                                                        Assistant Corporation Counsel
                                                        Office of Corporation Counsel
                                                        200 East Washington Street, Room 1601
                                                        Indianapolis, Indiana 46204
                                                        Telephone: (317) 327-4055
                                                        Fax: (317) 327-3968
                                                        E-Mail: Daniel.Bowman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2016, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Erick S. Pavlack
Pavlack Law, LLC
255 North Alabama Street, Suite 301
Indianapolis, IN 46204

Anthony W. Overholt
Frost Brown Todd, LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961

/s/ Daniel P. Bowman
Daniel P. Bowman (31691-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968